**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| V. | ) CIVIL ACTION NO. SA-20-CV-938-FB |
| | ) |
| **REAL PROPERTY LOCATED AT** | ) |
| **43 SABLE VALLEY, SAN ANTONIO,** | ) |
| **BEXAR COUNTY, TEXAS 78258,** | ) |
| | ) |
| Respondent. | ) |

## MOTION TO DISMISS VERIFIED COMPLAINT FOR FORFEITURE

COMES NOW Petitioner United States of America, by and through its United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney and moves this Honorable Court for the dismissal of the Verified Complaint for Forfeiture and states as follows:

**I.**

On August 11, 2020, a Verified Complaint for Forfeiture (Doc. 1) was filed seeking the forfeiture of specific personal property, namely:

**REAL PROPERTY LOCATED AT 43 SABLE VALLEY, SAN ANTONIO, BEXAR COUNTY, TEXAS 78258** with all buildings, appurtenances, and improvements, thereon and any and all surface and sub-surface rights and interests, if any, and being more fully described as:

**LOT 38, BLOCK 22, NEW CITY BLOCK 19217, MESA GRANDE SUBDIVISION UNIT 4, PLANNED UNIT DEVELOPMENT, CITY OF SAN ANTONIO, BEXAR COUNTY, TEXAS, ACCORDING TO THE PLAT RECORDED IN VOLUME 9562, PAGE(S) 134-136, DEED AND PLAT RECORDS, BEXAR COUNTY, TEXAS;**

hereinafter referred to as "Respondent Real Property".

## II.

The United States advises this Court that the Federal Bureau of Investigation has discovered that the Respondent Real Property was purchased by a bona fide purchaser for value prior to the filing of the Lis Pendens. The United States thereby requests that the Verified Complaint for Forfeiture be dismissed as the Respondent Real Property is no longer sought for civil forfeiture in the instant case.

WHEREFORE, premises considered, Petitioner United States of America prays that the Court GRANT this Motion to Dismiss the Verified Complaint for Forfeiture (Doc. 1).

          Respectfully submitted,

          JOHN F. BASH
          United States Attorney

By:   /s/
      ANTONIO FRANCO, JR.
      Assistant United States Attorney
      Asset Forfeiture Section
      601 N.W. Loop 410, Suite 600
      San Antonio, Texas 78216
      Tel: (210) 384-7040
      Fax: (210) 384-7045
      Texas Bar No. 00784077
      Email: Antonio.Franco@usdoj.gov

      Attorneys for the United States of America

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2020, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System.  I hereby certify that there are no parties to serve.

/s/_____
ANTONIO FRANCO, JR.
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| V. | ) CIVIL ACTION NO. SA-20-CV-938-FB |
| | ) |
| **REAL PROPERTY LOCATED AT** | ) |
| **43 SABLE VALLEY, SAN ANTONIO,** | ) |
| **BEXAR COUNTY, TEXAS 78258,** | ) |
| | ) |
| **Respondent.** | ) |

## ORDER

On this day came on to be considered the Motion to Dismiss Verified Complaint for Forfeiture filed by the Petitioner, United States of America. The Court having considered the merits of the Motion is of the opinion that the Verified Complaint for Forfeiture in the instant cause should be dismissed because certain property, namely:

**REAL PROPERTY LOCATED AT 43 SABLE VALLEY, SAN ANTONIO, BEXAR COUNTY, TEXAS 78258 with all buildings, appurtenances, and improvements, thereon and any and all surface and sub-surface rights and interests, if any, and being more fully described as:**

**LOT 38, BLOCK 22, NEW CITY BLOCK 19217, MESA GRANDE SUBDIVISION UNIT 4, PLANNED UNIT DEVELOPMENT, CITY OF SAN ANTONIO, BEXAR COUNTY, TEXAS, ACCORDING TO THE PLAT RECORDED IN VOLUME 9562, PAGE(S) 134-136, DEED AND PLAT RECORDS, BEXAR COUNTY, TEXAS;**

is no longer sought for civil forfeiture in the instant case.

IT IS THERFORE,

ORDERED that the United States of America's Verified Complaint for Forfeiture in the instant cause be, and hereby is DISMISSED.

SIGNED this _____ day of _____, 2020.

_____
FRED BIERY
United States District Judge